IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE PRYOR, ) <br> ) <br> Defendant. ) | No. 2:22-cv-02778-SHL-atc |

**ORDER REQUESTING STATUS UPDATE**

This matter came before the Court on the Government's Applications for Writ of Garnishment, filed November 9, 2022 (ECF No. 1) and November 10, 2022 (ECF No. 5).

Because this case is still pending nearly three years later, the Court **DIRECTS** the Government to provide a status update, informing the Court of whether the garnishment has terminated and whether the Court may close this case.

**IT IS SO ORDERED,** this 31st day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE