IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,        )<br>                                )<br>v.                              )<br>                                )<br>ELAINE PRYOR,              )<br>                                )<br>            Defendant.      ) | No. 2:22-cv-02778-SHL-atc |

**ORDER GRANTING MOTION TO TERMINATE WRIT OF EXECUTION**

Before the Court is Plaintiff United States of America's Motion to Terminate Writ of Execution and Dismiss Case Without Prejudice, filed November 4, 2025. (ECF No. 7.) In the Motion, the Government seeks to terminate the Writ of Execution that was issued on November 10, 2022, pursuant to 28 U.S.C. § 3203. (Id.) According to the Government, counsel for Defendant Elaine Pryor advised that the 2015 Infiniti QX80 that was the target of the Writ of Execution was sold prior to execution of the writ. (Id.) Therefore, for good cause shown, the Motion is **GRANTED** and the writ shall be terminated.

**IT IS SO ORDERED,** this 6th day of November, 2025.

                                        s/ Sheryl H. Lipman
                                        SHERYL H. LIPMAN
                                        CHIEF UNITED STATES DISTRICT JUDGE