# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE PRYOR,<br><br>    Defendant. | No. 2:22-cv-02778-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Application for Writ of Execution (ECF No. 1), filed November 9, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Motion to Terminate Writ of Execution (ECF No. 8), filed November 6, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 6, 2025
Date